NOMURA ASSET CAPITAL CORPORATION et al., Respondents-Appellants, v CADWALADER, WICKERSHAM & TAFT LLP, Appellant-Respondent.

Submitted October 20, 2014; decided October 22, 2015

Motion to strike portions of defendant's brief denied.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v NATANAEL SAGASTUMEAL VARENGA, Respondent.

Submitted October 19, 2015; decided October 22, 2015

Motion by Randy Hertz et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

STEPHANIE RAAB, Respondent, v KEVIN RAAB, Appellant.

Submitted August 24, 2015; decided October 22, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of ELIZABETH RENNER, Appellant, v DANIEL COSTIGAN, Respondent. (Matter No. 1.)

In the Matter of ELIZABETH RENNER, Appellant, v DANIEL COSTIGAN, Respondent. (Matter No. 2.)

In the Matter of DANIEL A. COSTIGAN, Respondent, v ELIZABETH A. RENNER, Appellant. (Matter No. 3.)

In the Matter of DANIEL A. COSTIGAN, Respondent, v ELIZABETH A. RENNER, Appellant. (Matter No. 4.)

Submitted July 13, 2015; decided October 22, 2015

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

In the Matter of STATE OF NEW YORK, Respondent, v RICHARD TT., Appellant.

Decided October 22, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

STONEHILL CAPITAL MANAGEMENT, LLC, et al., Appellants, v BANK OF THE WEST, Respondent, et al., Defendant.

Submitted August 24, 2015; decided October 22, 2015

Motion by Loan Syndications and Trading Association for leave to appear amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of DELSENIOR STRACHAN, Appellant, v LINDA GIL-LIAM, Respondent. (Appeal No. 1.)

In the Matter of DELSENIOR STRACHAN, Appellant, v LINDA GIL-LIAM, Respondent. (Appeal No. 2.)

Submitted August 17, 2015; decided October 22, 2015

Motions for leave to appeal dismissed upon the ground that the proceedings and the motions have abated because of the death of the appellant.

LISA WOLMAN, Respondent, v ELI SHOUELA, Appellant.

Submitted August 17, 2015; decided October 22, 2015